COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Noah Daniel Radbil and The Law Office of Noah D. Radbil, PLLC v. Medard Interest, Inc., Claude Phillipe Medard and Claude Pierre Medard

Appellate case number:    01-19-00762-CV    Trial court case number:    2019-22529

Trial court:    281st District Court of Harris County

This is an appeal from an order denying appellants' motion to compel arbitration. On February 26, 2020, appellants filed an emergency motion to stay proceedings below pending this Court's ruling on arbitration. Appellants contend that Noah Daniel Radbil is "battling a terminal diagnosis of cardiogenic shock secondary to end-stage systolic and diastolic heart failure," and is currently unable to work. Because a show cause hearing is scheduled for February 28, 2020 concerning discovery responses that Radbil has not filed, appellants ask that this Court stay proceedings below.

A response was requested and filed. Appellees contend that they have filed multiple motions to compel answers to discovery and multiple sanctions orders. Appellees contend that appellants are once again seeking to delay discovery.

Radbil replied to the response with a letter from a physician, dated January 2, 2020, stating that Radbil is suffering from "severely dilated cardiomyopathy with associated chronic systolic heart failure" and pronouncing him "currently disabled and unable to work."

Accordingly, the Court **grants** appellants' motion and stays the underlying proceedings for **30 days**. At the end of this 30-day period, appellants **shall provide the Court with an update of appellant Noah Radbil's condition and ability to obtain counsel**. If no update is received, the Court may withdraw the stay order and reinstate proceedings below.

It is so ORDERED.

Judge's signature:    ___Justice Peter Kelly_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: 02/27/2020